379 A.2d 576

Commonwealth v. Ashford, Appellant.

582

Submitted June 13, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.